IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| SCOTT WELKER, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil Action No. 2:10cv797-TMH |
| ) | |
| DARLENE BUCHANAN, ) | |
| ) | |
| Respondent. ) | |

**O R D E R**

Although Petitioner has filed a motion for leave to proceed *in forma pauperis* in this action (Doc. No. 2), the motion was not accompanied by a prison account statement stating the balance in Petitioner's prison account at the time he filed his petition. Petitioner shall therefore be granted additional time to provide this court with the information necessary for a determination of whether he should be allowed to proceed *in forma pauperis* in this action.

In light of the foregoing, it is

ORDERED that on or before October 18, 2010, Petitioner shall file a prison account statement from the account clerk at the Maxwell Federal Prison Camp <u>containing the account clerk's certified statement of the balance in Petitioner's prison account at the time he filed his petition</u>, **or** Petitioner shall submit the $5.00 filing fee.

**Petitioner is cautioned that his failure to comply with this Order will result in a recommendation by the undersigned that this case be dismissed**.

Done this 27th day of September, 2010.

                                  /s/Susan Russ Walker
                                  SUSAN RUSS WALKER
                                  CHIEF UNITED STATES MAGISTRATE JUDGE