IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| SCOTT WELKER, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil Action No. 2:10cv797-TMH |
| ) | (WO) |
| DARLENE BUCHANAN, ) | |
| ) | |
| Respondent. ) | |

**O R D E R**

Petitioner has filed a motion to withdraw his petition for habeas corpus relief under 28 U.S.C. § 2241.  (Doc. No. 18.)

Upon consideration of this motion, and for good cause, it is hereby ORDERED that:

1. Petitioner's motion to withdraw his petition for habeas corpus relief (Doc. No. 18) is GRANTED; and

2. This action is DISMISSED without prejudice.

Done this 20th day of January, 2011.

/s/ Truman M. Hobbs

TRUMAN M. HOBBS
SENIOR UNITED STATES DISTRICT JUDGE